**Michael PARRIS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 48774.**

Missouri Court of Appeals,
Western District.

Aug. 30, 1994.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for respondent.

Before ELLIS, P.J., and BERREY and SMART, JJ.

### ORDER

PER CURIAM:

Defendant appeals from the denial of a Rule 24.035 motion for post-conviction relief without an evidentiary hearing.

The denial of post-conviction relief is affirmed. Rule 84.16(b).